UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| EDDIE PENN | : | |
| VS. | : | CIVIL ACTION NO. |
| JONATHAN P. NAPLES | : | APRIL 26, 2019 |

## COMPLAINT

1. This is an action to redress the deprivation of rights secured to the plaintiff by the Constitution and laws of the United States and the State of Connecticut.

2. Jurisdiction of this court is invoked under the provisions of Sections 1331, 1343(3) and 1367(a) of Title 28 and Sections 1983 and 1988 of Title 42 of the United States Code.

3. The plaintiff is an adult citizen of the United States.

4. The defendant is, and at all relevant times was, a police officer employed by the Connecticut State Police and acting within the scope of his office. He is sued only in his individual capacity.

5. During all times mentioned in this Complaint, the defendant was acting under color of law, that is, under color of the constitution, statutes, laws, rules,

regulations, customs and usages of the State of Connecticut.

6. At approximately 5:45 to 6:00 p.m. on May 23, 2016, the defendant participated in the stop and arrest of the plaintiff on charges of operating a motor vehicle at a slow speed on Intestate Highway 91, between Exits 8 and 14, Northbound, between New Haven and Wallingford, Connecticut.

7. At the said time and place, the defendant struck the plaintiff with his police baton, while the plaintiff still was seated peacefully in his automobile, and caused his police K-9, Ido, to attack the plaintiff inflicting severe and repeated dog bites on the plaintiff's left arm.

8. The defendant's stated reason for the aforesaid use of force was the defendant's claim that the plaintiff had backed his car into a police cruiser after being stopped, that he did not immediately exit his vehicle on command, and that the plaintiff was believed to reside in the City of New Haven, which the defendant characterized as "a high crime area, with high rates of illegal drug use, violent crimes, illegal firearms possession and shootings, to the extent that the New Haven Police Department operates a full time Shooting Task Force, an FBI Safe Streets Initiative Task Force, and is frequently assisted in investigations by the DEA and ATF."

9. As a result, the plaintiff suffered severe dog bites, bruises and contusions, all of which required emergency hospitalization, pain, loss of blood,

fear and emotional anguish.

10. In the manner described above, the defendant subjected the plaintiff to unreasonable force in violation of the Fourth Amendment to the United States Constitution as enforced through Sections 1983 and 1988 of Title 42 of the United States Code.

WHEREFORE, the plaintiff claims judgment against the defendant for compensatory damages, punitive damages, attorney fees and costs.

THE PLAINTIFF

BY: _____/s/_____John R. Williams_____
JOHN R. WILLIAMS (ct00215)
51 Elm Street
New Haven, CT 06510
203.562.9931
Fax: 203.776.9494
jrw@johnrwilliams.com